UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jose S.,                                          File No. 26-cv-1980 (ECT/JFD)

      Petitioner,

v.                                                          **ORDER**

Pamela Bondi, *Attorney General*;
Markwayne Mullin,[1] *Secretary, U.S.*
*Department of Homeland Security*; Todd M.
Lyons, *Acting Director of Immigration and*
*Customs Enforcement*; David Easterwood,
*Acting Director, Saint Paul Field Office*
*Immigration and Customs Enforcement*, and
Lt. Joey Pedersen, *Jail Administrator,*
*Northwest Regional Corrections Center*,

      Respondents.

---

Pursuant to the parties' Stipulation of Dismissal, ECF No. 7, and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED THAT** this action is **DISMISSED WITHOUT PREJUDICE** as to all claims, causes of action, and parties, and each party bearing that party's own attorney's fees and costs.

Dated:  March 30, 2026                  s/ Eric C. Tostrud
                                      Eric C. Tostrud
                                      United States District Court

---

[1]     Markwayne Mullin is automatically substituted in place of Kristi Noem under Federal Rule of Civil Procedure 25(d).